**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Nadia E. Ahmed | : | Chapter 7 |
| | : | |
|     Debtor(s) | : | Case No.: 21-13084-MDC |
| | : | |

**MOTION TO EXTEND TIME FOR THE DEBTOR TO FILE REMAINING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007(c)**

1. The above-captioned Chapter 13 Bankruptcy was filed on November 17, 2021 as an Emergency Petition.

2. The remaining schedules were due to be filed by December 1, 2021.

3. Under Bankruptcy Rule 1007(c), the Debtor may obtain a further extension of the filing deadline for "cause" shown.

4. Additional information is required from the debtor to properly complete the required statements, schedules, plan, and Form22c.

5. Debtor requests additional time to properly comply with the Bankruptcy Code in submitting the required remaining documents.

    WHEREFORE, the Debtor respectfully request the entry of an ORDER extending the time for filing the required documents to December 15, 2021.

Dated: December 1, 2021                   /s/ Brad J. Sadek
                                                                        Brad J. Sadek, Esquire
                                                                        Attorney for Debtor
                                                                        1315 Walnut Street, Suite 502
                                                                        Philadelphia, PA 19107
                                                                        215-545-0008